# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**KELVIN L. CRENSHAW,**
        **Petitioner,**

    v.                                                         Case No. 13-C-1313

**BRIAN FOSTER, Warden,**
**Kettle Moraine Correctional Institution,**
        **Respondent.**

---

## ORDER

      Kelvin L. Crenshaw has filed this petition pursuant to 28 U.S.C. § 2254. In my last order, I denied his motion to appoint counsel. Crenshaw has since filed a letter in which he informs me that the inmate who had assisted him in preparing his previous filings is no longer available to help him. However, at this stage of the case, it still appears to me that Crenshaw is competent to litigate on his own. Therefore, I will again deny his motion to appoint counsel.

      In a separate letter, Crenshaw asks that the time for him to file his brief in support of his petition be paused until I rule on his renewed request for counsel. Now that I have ruled on the renewed request, I expect Crenshaw to file a brief within 45 days of the date of this order.

      **THEREFORE, IT IS ORDERED** that petitioner's renewed request to appoint counsel is **DENIED**.

      **IT IS FURTHER ORDERED** that petitioner shall file his brief in support of his habeas petition within 45 days of the date of this order.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2014.

       s/ Lynn Adelman
       _____
       LYNN ADELMAN
       District Judge